# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRANDON SPANSWICK, | ) | **CONSOLIDATED CASES** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-2030-JWL |
| | ) | |
| ELIAS MURILLO-AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| RICKY SPANSWICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-2031-JWL |
| | ) | |
| vs. | ) | |
| | ) | |
| ELIAS MURILLO-AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER FOR PRODUCTION OF EMPLOYMENT, PERSONNEL AND PAYROLL RECORDS AND MEMORANDA

TO: All present and past employers and all individuals, corporations or other entities to whom applications for employment have been submitted.

NOW, on this 9th day of May, 2016, the court being fully advised in the premises, finds and hereby orders that counsel for defendant and counsel for plaintiff, and either of them or their respective designees, are hereby authorized to examine, inspect and cause to be duplicated, at the expense of the party requesting same, any and all information in written form of whatsoever kind or nature, including but not limited to all employment, personnel, payroll, medical, insurance or other records and written memoranda, now in the possession or control of all present and past employers and all individuals, corporations or other entities to whom applications for employment have been submitted, or the respective custodians of the records of same, concerning or pertaining to the past or present employment or applications for employment of **Ricky Spanswick**.

Any information obtained pursuant to the order will be used for the purposes of this lawsuit only.

IT IS SO ORDERED.

Dated May 9, 2016, at Kansas City, KS.

       s/ James P. O'Hara      
      U.S. Magistrate Judge

APPROVED:

HINKLE LAW FIRM, LLC
301 N. Main Street, Suite 2000
Wichita, KS 67202
Office: (316) 267-2000
Fax: (316) 264-1556
bwhite@hinklaw.com

By _____
    Brian L. White, #20767
    *Attorney for Plaintiff, Ricky Spanswick*

WOODARD, HERNANDEZ, ROTH & DAY, LLC
245 North Waco, Suite 260
Wichita, Kansas 67202
Office: (316) 263-4958
Fax: (316) 263-0125
pmurphy@woodard-law.com

By /s/ Patrick J. Murphy      
    Patrick J. Murphy, #16045
    *Attorney for Defendant*